IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00690-MSK-KLM

THE BANK OF BURLINGTON;
BURLINGTON SCHOOL DISTRICT;
CENTENNIAL BANK;
CITY OF BURLINGTON;
CITY OF GUNNISON;
COTOPAXI SCHOOL DISTRICT FREMONT RE-3;
HI-PLAINS SCHOOL DISTRICT;
KARVAL SCHOOL DISTRICT;
KELLY UTILITY SERVICES AND SITEWISE, LLC;
KIDZ ARK, INC.;
LOCOMOTIVE SERVICE, INC.;
MARTINEZ INTERNATIONAL, INC.;
MEADOWS DENTAL GROUP PROFESSIONAL, LLC;
MINERAL COUNTY;
SOUTH CONEJOS SCHOOL DISTRICT RE-10;
TERRA XML, INC.; and
TOWN OF PAGOSA SPRINGS,

    Plaintiffs,

v.

RHPI CAPTIVE INSURANCE COMPANY, LTD.;
HUMAN RESOURCE BENEFIT ADMINISTRATORS; and
GERALD R. RISING, JR., INC.;

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Status Report and Request for Procedural Guidance** [Docket No. 37; Filed January 4, 2012] (the "Motion").  Three corporate defendants remain in this case, none of which have filed a responsive pleading. A Scheduling Conference is set in this matter for January 10, 2012 at 11:00 a.m. Plaintiffs request that the Scheduling Conference be vacated. They also request guidance as to the next steps to be taken in this case. However, they "believe the remaining steps in this case

are simply for the Plaintiffs to determine their actual damages . . . , file a motion for default against the three defendants, and then have the court hold a hearing or accept by way of briefing and affidavits the amount of damages to attach to a default judgment." *See Motion* [#37] at 2, ¶ 8.

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

IT IS FURTHER **ORDERED** as follows: (1) the Scheduling Conference set for January 10, 2012 at 11:00 a.m. is **VACATED**; (2) Plaintiffs shall file a motion for entry of default pursuant to Fed. R. Civ. P. 55(a) on or before **January 31, 2012**; (3) Plaintiffs shall file a motion for entry of default judgment pursuant to Fed. R. Civ. P. 55(b) on or before **February 29, 2012**.

Dated:  January 6, 2012