IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00690-MSK-KLM

THE BANK OF BURLINGTON,
BURLINGTON SCHOOL DISTRICT,
CENTENNIAL BANK,
CITY OF BURLINGTON,
CITY OF GUNNISON,
COTOPAXI SCHOOL DISTRICT FREMONT RE-3,
HI-PLAINS SCHOOL DISTRICT,
KARVAL SCHOOL DISTRICT,
KELLY UTILITY SERVICES AND SITEWISE, LLC,
KIDZ ARK, INC.,
LOCOMOTIVE SERVICE, INC.,
MARTINEZ INTERNATIONAL, INC.,
MEADOWS DENTAL GROUP PROFESSIONAL, LLC,
MINERAL COUNTY,
SOUTH CONEJOS SCHOOL DISTRICT RE-10,
TERRA XML, INC.,
TOWN OF PAGOSA SPRINGS,
EAST CENTRAL BOARD OF COOPERATIVE EDUCATIONAL SERVICES,
GENOA-HUGO SCHOOL DISTRICT C-113, and
HOUCHEN BINDERY, LTD,

    Plaintiffs,

v.

RHPI CAPTIVE INSURANCE COMPANY, LTD.,
HUMAN RESOURCE BENEFIT ADMINISTRATORS, and
GERALD R. RISING, JR., INC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Motion for Entry of Default Judgment Pursuant to F.R.C.P. 55(b)** [Docket No. 51; Filed April 16, 2012] (the "Motion"). The Motion is referred to the undersigned [#52].  Counsel for Plaintiffs failed to include an

appropriate Certificate of Service with the Motion as required by Fed. R. Civ. P. 5(d) and D.C.COLO.LCivR 5.1G.[1]  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

    IT IS FURTHER **ORDERED** that the deadline for the filing of a renewed motion for entry of default judgment is **April 26, 2012**.

    Dated:  April 18, 2012

---

[1] Plaintiffs included a Certificate of Service with their Motion; however, the Certificate indicates that the Motion was served on Gregory E. Goldberg, Esq., who is not presently listed on the docket as counsel of record.  The Certificate does not indicate service on the three Defendants against which Plaintiffs seek entry of default judgment.  *See* [#51] at 13.