IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-00690-MSK-KLM

THE BANK OF BURLINGTON;
BURLINGTON SCHOOL DISTRICT;
CENTENNIAL BANK;
CITY OF BURLINGTON;
CITY OF GUNNISON;
COTOPAXI SCHOOL DISTRICT FREMONT RE-3;
EAST CENTRAL BOARD OF COOPERATIVE EDUCATIONAL SERVICES;
GENOA-HUGO SCHOOL DISTRICT C-113;
HI-PLAINS SCHOOL DISTRICT;
HOUCHEN BINDERY, LTD;
KARVAL SCHOOL DISTRICT;
KELLY UTILITY SERVICES AND SITEWISE, LLC;
KIDZ ARK, INC.;
LOCOMOTIVE SERVICE, INC.;
MARTINEZ INTERNATIONAL, INC.;
MEADOWS DENTAL GROUP PROFESSIONAL, LLC;
MINERAL COUNTY;
SOUTH CONEJOS SCHOOL DISTRICT RE-10;
TERRA XMI, INC.; and
TOWN OF PAGOSA SPRINGS,

  Plaintiffs,

v.

RHPI CAPTIVE INSURANCE COMPANY, LTD.;
HUMAN RESOURCE BENEFIT ADMINSTRATORS; and
GERALD R. RISING, JR., INC.,

  Defendants.

---

## **FINAL JUDGMENT**

---

  In accordance with orders filed during the pendency of this case, and pursuant to Fed. R.

Civ. P 58(a), the following Final Judgment is hereby entered.

  Pursuant to the Electronic Text-Only Order filed on December 7, 2012, adopting the

Recommendation issued by the Magistrate Judge (**Doc. #57**) to deny plaintiff's Motion for Default Judgment, it is

ORDERED that the Recommendation of Magistrate Judge Mix (**Doc. #57**) is **ADOPTED**, the Plaintiff's Complaint is hereby **DISMISSED without prejudice,** and the case is closed. It is further

ORDERED that the defendants are AWARDED their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 11th day of December, 2012.

                ENTERED FOR THE COURT:
                JEFFREY P. COLWELL, CLERK


                By: s/Edward P. Butler
                Edward P. Butler
                Deputy Clerk